UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-17192 |
| | | CHAPTER 13 |
| MARGOT A. KREHE | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    After the filing of the Trustee's Certification of Final Payment, the Trustee reports that a check (s) sent to the debtor have not been cashed or have been returned as undeliverable. Trustee has made inquiry through debtor(s)' counsel regarding a forwarding address, but no further information for rectifying this refund has been provided. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 924470 | $2800.00 |

Debtor Address
MARGOT A. KREHE
4323 WILLIAMS ST.
CINCINNATI, OH  45236


    Respectfully submitted,

/s/  Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Karolina F. Perr, Esq.
    Staff Attorney
    Attorney Reg No. OH 0066193

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    kperr@cinn13.org

Case 1:11-bk-17192    Doc 80    Filed 08/30/17    Entered 08/30/17 08:42:54    Desc Main
                        Document      Page 2 of 2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served  (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and  (ii) by **ordinary U.S. Mail** on August 30, 2017 addressed to:

                                            /s/    Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

Debtor(s)
MARGOT A. KREHE
4323 WILLIAMS ST.
CINCINNATI, OH  45236