| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Margot | | Krehe |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| | (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Southern District of Ohio

Case number: 11-17192



FILED

2023 FEB 23 PM 1:28

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT
CINCINNATI, OHIO

---

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,800.00 |
|---|---|
| Claimant's Name: | R.E.I. Elite as assignee to Margot Krehe |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3935 Irwin Simpson Rd<br>Mason, OH 45040<br>513-901-4276<br>josh@reielite.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 12/6/22 | Date: |
| /s/ [signature] Signature of Applicant | /s/ Signature of Co-Applicant (if applicable) |
| Printed Name of Applicant: Joshua Cahill | Printed Name of Co-Applicant (if applicable) |
| Address: 3935 Irwin Simpson Rd, Mason, OH 45040 | Address: |
| Telephone: 513-901-4276 | Telephone: |
| Email: josh@reielite.com | Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF Ohio | STATE OF |
| COUNTY OF Warren | COUNTY OF |
| This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 6th day of Dec, 20 22 by Joshua Cahill who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. (SEAL)  Notary Public /s/ [signature] My commission expires: | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20 __ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. (SEAL)  Notary Public /s/ My commission expires: |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re

Margot Krehe
                    Debtor(s)

Case No. 11-17192

Judge: HOPKINS

Chapter: 13

**NOTICE OF APPLICATION**

_____R.E.I. Elite_____ has filed an Application for Payment of Unclaimed Funds with the court. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the application, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the application**, you must file with the court a response explaining your position by mailing your response by first class mail to: *(select office where case is/was pending)*

U.S. Bankruptcy Court, Atrium Two, Suite 800, 221 East Fourth Street, Cincinnati, Ohio 45202

OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) first class mail to:

Name: US Bankruptcy Court
Address: 221 E 4th St Atrium Two Suite 800
Cincinnati, OH 45202

and, *(list below the names and addresses of others to be served)*

US Attorney
303 Marconi Blvd Suite 200
Columbus, OH 43215

US Trustee
600 Vine St Suite 2300 Cincinnati, OH 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Payment of Unclaimed Funds and its supporting documentation was served on the following by first class mail on the 21st day of Feb, 2023.

**Debtor:** Margot Kuehn
3401 Limerick Ave
Cincinnati, OH 45234

**Debtor's Attorney:** Rebecca Lindler
11154 Main St Suite 6
Sharonville, OH 45241

**Case Trustee:** Margaret Burks
600 Vine St Suite 2200
Cincinnati, OH 45202

United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

*Indicate the office that was served:*

[✓] United States Trustee    *(Cincinnati cases)*
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202

[ ] United States Trustee    *(Columbus and Dayton cases)*
170 North High Street, Suite 200
Columbus, Ohio 43215

/s/ [signature]
Applicant's signature

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT
OF OHIO WESTERN DIVISION

In Re: Margot Krehe,         *        Case No. 11-17192
       *
     Debtor        *        Chapter 13

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of Feb, 2023, a copy of the foregoing Application/Order Granting Application of Unclaimed Funds were served by first class mail to:

**United States Bankruptcy Court Southern District of Ohio**
221 East Fourth Street
Atrium Two, Suite 800
Cincinnati, Ohio 45202

**Office of the United States Attorney Southern District of Ohio**
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

**United States Trustee**
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202

**United States Trustee**
600 Vine St Suite 2200
Cincinnati, OH 45202

Date: Feb. 21st, 2023

Joshua Cahill - C.E.O.
R.E.I. Elite
3935 Irwin Simpson Rd
Mason, OH 45040
513-901-4276



US Bankruptcy Ct
221 E 4th St
Atrium Two Suite 800
Cincinnati, OH 45202